Ramin Ghayoori, M.D.
PO BOX 50203
Studio City, CA 91614
Tel: (212) 729-3606
Email:R4G4H4@GMAIL.COM
Plaintiff, Pro Se

FILED
CLERK, U.S. DISTRICT COURT
8/5/2025
CENTRAL DISTRICT OF CALIFORNIA
BY     RYO     DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *RAMIN GHAYOORI, MD,*<br>*Plaintiff,*<br><br>v.<br>*ST. JOSEPH BURBANK HOSPITAL,*<br>*PROVIDENCE HEALTH & SERVICES*<br>*SOUTHERN CALIFORNIA, and*<br>*PROVIDENCE HEALTH & SERVICES,*<br><br>*Defendants.* | *Case No.: 2:25-cv-02076-SVW-RAO*<br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT UNDER RULE 37(b); REQUEST FOR EXPEDITED RELIEF**<br>*Date: [To Be Set by Court]*<br>*Courtroom: 10A*<br>*Complaint Filed: March 4, 2025* |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff **Ramin Ghayoori, M.D.**, appearing **pro se**, hereby moves this Court for **default judgment** under **Federal Rule of Civil Procedure 37(b)(2)(A)(vi)**, or, in the alternative, for **issue sanctions, evidentiary**

**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT UNDER RULE 37(b);**

-1-

**preclusion, and attorney's fees and costs** pursuant to **Rules 37(b), 37(d), and 30(b)(1)**.

This Motion is based on Defendants' willful failure to comply with their discovery obligations and their refusal to produce deponents in response to properly served notices under Rule 30(b)(1), as detailed in Plaintiff's concurrently filed Memorandum of Points and Authorities.

Plaintiff further requests **expedited relief** due to the imminent close of discovery on **August 29, 2025**, and respectfully asks that the Court rule by **August 12, 2025**, or set the matter for hearing on the earliest available date.

This Motion is based upon this Notice, the Memorandum of Points and Authorities, all attached exhibits and filings in the record, and any further evidence or argument presented at hearing.

**Respectfully submitted,**

**Dated: July 29, 2025**

/s/Ramin Ghayoori ,
_____

NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT UNDER RULE 37(b);

-2-

Ramin Ghayoori, MD

Plaintiff Pro Se.

PO BOX 50203

Studio City, CA 91614

Email: r4g4h4@gmail.com

Tel: (212) 729-3606

**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT UNDER RULE 37(b);**

-3-